Anne Kramer, appellee, v. Julia King, Inc., and Carders, Inc., appellants.   Gen. No. 35,236.

Opinion filed November 24, 1931.

Cutting, Moore & Sidley, for appellants; James F. Oates, Jr., Ralph F. Himmelhoch and W. Clyde Jones, of counsel.   Irving G. Zazove, for appellee; S. E. Quindry, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Charles J. Dempsey, Inc., appellee, v. Daniel P. Franklin, appellant.  Gen. No. 35,245.

Opinion filed November 24, 1931.   Rehearing denied December 7, 1931.

Glick & Schlifkin, for appellant; Irving L. Block, of counsel.   Harry R. Adler, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Andrew C. Olsen and Ida M. Olsen, appellants, v. Continental National Bank and Trust Company et al., defendants.   Continental Illinois Bank and Trust Company, appellee.   Gen. No. 35,258.

Opinion filed November 24, 1931.

Monahan & Monahan, for appellants.   Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice Kerner delivered the opinion of the court.

The Flash Sales Corporation, complainant, v. L. C. Berry et al., defendants.

R. M. Eddy Foundry Company, appellee, v. L. C. Berry et al., defendants, on appeal of L. C. Berry and John M. Berry, appellants.  Gen. No. 35,363.

Opinion filed November 24, 1931.

Philip A. Lozowick and J. Willis Dix, for appellants; Philip A. Lozowick, of counsel.   Castle, Williams, Long & McCarthy, for appellee; Neil Williams, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Al Holtz, appellee, v. Morris Isaacson et al., defendants.   Morris Isaacson, appellant.   Gen. No. 35,610.